**97–133.  Grooms v. Herring.**
This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**97–232.  State ex rel. Young v. Montgomery.**
In Quo Warranto.  On January 30, 1997, relator filed a complaint for a writ of quo warranto and ancillary relief.  Relator's complaint is not supported by an affidavit of the relator or counsel for the relator specifying the details of the claim as required by Rule X(4) of the Supreme Court Rules of Practice.  Accordingly,

IT IS ORDERED by the court, *sua sponte,* that relator's complaint be, and hereby is, stricken and this cause be, and hereby is, dismissed.